## Commonwealth *v.* Clark, Appellant.

Submitted June 18, 1974. *R. Barclay Sur-rick,* Assistant Public Defender, and *Kenneth P. Barrow,* Public Defender, for appellant; *Anna Iwachiw Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* DeSantis, Appellant.

Submitted November 11, 1974. *James A. Taylor,* and *Murrin & Murrin,* for appellant; *Alexander H. Lindsay, Jr.,* Assistant District Attorney, *Robert F. Hawk,* First Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* DeSantis, Appellant.

Submitted November 11, 1974.